# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RAHIC, MUHIDIN | § | Case No. 10-50431 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/11/2011 in Courtroom 742,
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/06/2011        By: /s/ Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (10/1/2010) (Page: 1)

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                      Case No. 10-50431-CAD
Muhidin Rahic                                               Chapter 7
       Debtor
                            CERTIFICATE OF NOTICE
District/off: 0752-1          User: mgonzalez             Page 1 of 2                  Date Rcvd: Sep 07, 2011
                              Form ID: pdf006             Total Noticed: 54


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2011.
db           +Muhidin Rahic,    739 West Belmont Avenue,    Apartment 502,    Chicago, IL 60657-4561
aty          +Christina M Riepel,    Gregory K. Stern, P.C.,    53 West Jackson Blvd,    Suite 1442,
               Chicago, IL 60604-3536
aty          +Gregory K Stern,    Gregory K. Stern, P.C.,    53 West Jackson Blvd.,    Suite 1442,
               Chicago, IL 60604-3536
aty          +James Hausler,    Gregory K Stern PC,   53 W Jackson Blvd Suite 1442,    Chicago, IL 60604-3536
aty          +Jay Verdugo,    Anthony J. Peraica & Associates, Ltd.,    5130 South Archer Avenue,
               Chicago, IL 60632-4859
aty          +Monica C. O’Brien,    Gregory K. Stern, P.C.,    53 West Jackson Blvd. #1442,
               Chicago, IL 60604-3536
tr           +Barry A Chatz,    Arnstein & Lehr,   120 South Riverside Plaza Ste 1200,    Chicago, IL 60606-3910
16408720     +Arrow Financial Services,    5996 West Touhy Ave.,    Niles, IL 60714-4610
16408721      Aspire Visa,    Payment PRocessing Center,    PO Box 23007,   Columbus, GA 31902-3007
16408722      Bally Total Fitness,    12440 East Imperial,    Suite 300,   Norwalk, CA 90650-3178
16408724      CB Accounts,    PO Box 1289,   Peoria, IL 61654-1289
16408723     +Capital One Bank USA NA,    PO Box 30281,   Salt Lake City, UT 84130-0281
16408725     +Chicago Imaging Associates,    2900 N. Lake Shore Drive,    Chicago, IL 60657-5640
16940152     +Columbus Bank And Trust,    Midland Credit Management, Inc.,    8875 Aero Drive, Suite 200,
               San Diego, CA 92123-2255
16408726      Credit One Bank,    PO Box 98872,   Las Vegas, NV 89193-8872
16408727     +Fingerhut Direct Marketing,    6250 Ridgewood Road,    St. Cloud, MN 56303-0820
16408728      First Premier Bank,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
16408729     +First Savings Credit Card,    500 East 60th St., North,    Sioux Falls, SD 57104-0478
16408731      GE Money Bank&#092;GEMB,    PO Box 981064,   El Paso, TX 79998-1064
16408733     +GMAC,   PO Box 380901,    Bloomington, MN 55438-0901
16408735     +HSBC Auto Finance,    PO Box 17902,   San Diego, CA 92177-7902
16408736     +HSBC Auto Finance,    PO Box 961245,   Ft. Worth, TX 76161-0244
16408737     +HSBC Bank,    PO Box 5253,   Carol Stream, IL 60197-5253
16408739     +HSBC Card Services,    PO Box 60102,   City of Industry, CA 91716-0102
16408738     +HSBC/Best Buy,    PO Box 5253,   Carol Stream, IL 60197-5253
16408740     +HSBC/Rhodes,    PO Box 5253,   Carol Stream, IL 60197-5253
16408741     +Jefferson Capital Systems,    16 McLeland Road,    St. Cloud, MN 56303-2198
16408743      Medical Business Bureau,    PO Box 1219,    Park Ridge, IL 60068-7219
16408744     +Merchants Credit Guide,    223 West Jackson Blvd.,    Suite 900,   Chicago, IL 60606-6912
16408745     +Metabank/Fingerhut,    6250 Ridgewood Road,    St. Cloud, MN 56303-0820
16408748     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates,     120 Corporate Blvd.,
               Norfolk, VA 23502)
16958089     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    c/o Capital One Bank,
               POB 41067,    Norfolk VA 23541)
16408747     +Paragon Way, Inc.,    7500 Rialto Blvd.,   Bldg 1, Suite 100,    Austin, TX 78735-8531
16408749     +Sears/CBSD,    701 East 60th St., North,   PO Box 6241,    Sioux Falls, SD 57117-6241
16408750     +Steven J. Fink,    25 East Washington, Suite 1233,    Chicago, IL 60602-1876
16408751     +Swedish Covenant Hospital,    5145 N. California Ave.,    Chicago, IL 60625-3687
16408752      Swedish Emergency Associates,    PO BOX 5940,    Carol Stream, IL 60197-5940
16408753     +Thorek Memorial Hospital,    850 West Irving Park Rd.,    Chicago, IL 60613-3099
16408754      Tribute Card Services,    PO Box 105555,   Atlanta, GA 30348-5555
16408755      UC Anesthesia LLC,    PO BOX 486,   Lake Forest, IL 60045-0486
16408756     +UCB Collections,    5620 Southwyck Blvd.,   Toledo, OH 43614-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16408716     +E-mail/PDF: recoverybankruptcy@afninet.com Sep 08 2011 04:02:01      AFNI,   PO Box 3097,
               Bloomington, IL 61702-3097
16408717     +E-mail/Text: bankruptcynotices@aisservicesllc.com Sep 08 2011 03:03:13      AIS Services, LLC,
               50 California St.,    Suite 1500,   San Francisco, CA 94111-4619
16408718      E-mail/PDF: cbp@slfs.com Sep 08 2011 04:35:50      American General Finance,
               Evansville Account Re,    600 N. Royal Ave.,   Evansville, IN 47715
16408719     +E-mail/Text: RBALTAZAR@ARMORSYS.COM Sep 08 2011 02:29:10      Armor Systems Corp.,
               1700 Kiefer Drive,    Suite 1,   Zion, IL 60099-5105
17083387      E-mail/PDF: rmscedi@recoverycorp.com Sep 08 2011 04:40:06      Capital Recovery IV LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
16408730     +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2011 04:04:25      GEMB/Home Design Floor,
               PO Box 981439,    El Paso, TX 79998-1439
16408732     +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2011 04:04:25      GEMB/Walmart,    PO Box 981400,
               El Paso, TX 79998-1400
16408734     +E-mail/Text: bk@gafco.net Sep 08 2011 03:38:41      Great American Financial,
               205 West Wacker Dr.,    Suite 322,   Chicago, IL 60606-1211
16408742     +E-mail/Text: resurgentbknotifications@resurgent.com Sep 08 2011 02:12:46      LVNV Funding LLC,
               PO Box 10584,    Greenville, SC 29603-0584
17023609      E-mail/Text: resurgentbknotifications@resurgent.com Sep 08 2011 02:12:46      LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
16408746     +E-mail/Text: brenden.magnino@mcmcg.com Sep 08 2011 02:15:35      Midland Credit Management, Inc,,
               8875 Aero Drive,    Suite 2,   San Diego, CA 92123-2255
```

```
District/off: 0752-1           User: mgonzalez            Page 2 of 2                Date Rcvd: Sep 07, 2011
                               Form ID: pdf006            Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
17019942     +E-mail/Text: brenden.magnino@mcmcg.com Sep 08 2011 02:15:35      Midland Credit Management, Inc.,
              8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
16408757     +E-mail/Text: bankruptcy@zenithacq.com Sep 08 2011 03:03:32       Zenith Acquisition Corp.,
              170 Norethpointe PA,   Suite 300,   Amherst, NY 14228-1992
                                                                                             TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Lois West
aty           Popowcer Katten Ltd
                                                                           TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 09, 2011**                            **Signature:**    *Joseph Speetjens*