UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
RAHIC, MUHIDIN § Case No. 10-50431
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                                Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                Claims Discharged
                                                 Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>  CHAPTER 7 ADMIN. FEES<br>  AND CHARGES<br>  (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER<br>  ADMIN. FEES AND<br>  CHARGES (from **Exhibit 5**) |  |  |  |  |
|   PRIORITY UNSECURED<br>  CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED<br>CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

   4)  This case was originally filed under chapter     on                      . The case was pending for     months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: _____   By:/s/BARRY A. CHATZ_____
                                         Trustee

   **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | CAPITAL ONE BANK | | | | | |
| 000007 | CAPITAL RECOVERY IV LLC | | | | | |
| 000008 | CAPITAL RECOVERY IV LLC | | | | | |
| 000005 | LVNV FUNDING LLC | | | | | |
| 000006 | LVNV FUNDING LLC | | | | | |
| 000002 | MIDLAND CREDIT MANAGEMENT, INC. | | | | | |
| 000004 | MIDLAND CREDIT MANAGEMENT, INC. | | | | | |
| 000001 | ZENITH ACQUISITION CORP. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-50431 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | BARRY A. CHATZ |
| Case Name: | RAHIC, MUHIDIN | | | Date Filed (f) or Converted (c): | 11/11/10 (f) |
| | | | | 341(a) Meeting Date: | 01/14/11 |
| For Period Ending: 05/02/12 | | | | Claims Bar Date: | 04/20/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH<br>    Cash | 20.00 | 0.00 | DA | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS<br>    Chase Bank Checking Account | 300.00 | 0.00 | DA | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS<br>    Chase Bank Savings Account | 10.00 | 0.00 | DA | 0.00 | FA |
| 4. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS<br>    Household goods, furnishings, appliances and electronics | 855.00 | 0.00 | DA | 0.00 | FA |
| 6. WEARING APPAREL<br>    Debtor's clothing | 100.00 | 0.00 | DA | 0.00 | FA |
| 7. AUTOMOBILES, TRUCKS, TRAILERS, AND<br>    2002 GMC Envoy | 8,200.00 | 2,000.00 | DA | 2,000.00 | FA |
| 8. AUTOMOBILES, TRUCKS, TRAILERS, AND<br>    2005 GMC Savannah | 9,360.00 | 2,000.00 | DA | 2,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | DA | 0.11 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $18,845.00 | $4,000.00 | | $4,000.11 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR HEARD 10/11/11; CHECKS CUT 10/12/11; ALL CHECKS CLEARED; TDR TO BE SUBMITTED TO U.S. TRUSTEE'S OFFICE BY 2/28/12.

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

Ver: 16.06a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-50431    CAD    Judge: CAROL A. DOYLE | Trustee Name: BARRY A. CHATZ |
| Case Name: | RAHIC, MUHIDIN | Date Filed (f) or Converted (c): 11/11/10 (f) |
| | | 341(a) Meeting Date: 01/14/11 |
| | | Claims Bar Date: 04/20/11 |

Initial Projected Date of Final Report (TFR): 12/31/11    Current Projected Date of Final Report (TFR): 12/31/11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-50431 | | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- |
| Case Name: | RAHIC, MUHIDIN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7138 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3023 | | | |
| For Period Ending: | 05/02/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/31/11 | 7 | MUHIDIN RAHIC | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 800.00 | | 800.00 |
| 02/04/11 | 000301 | INTERNATIONAL SURETIES, LTD. | | 2300-000 | | 0.69 | 799.31 |
| 02/28/11 | 7, 8 | MUHIDIN RAHIC 739 WEST BELMONT #502 CHICAGO, IL 60657 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 800.00 | | 1,599.31 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,599.32 |
| 03/18/11 | 7 | MUHIDIN RAHIC 734 BELMONT #502 CHICAGO, IL 60657 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 800.00 | | 2,399.32 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 2,399.33 |
| 04/26/11 | 8 | MUHIDIN RAHIC 739 BELMONT #502 CHICAGO, IL 60657 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 800.00 | | 3,199.33 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 3,199.35 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,199.38 |
| 06/07/11 | 8 | Muhidin Rahic 711 Belmont Chicago, IL 60657 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 800.00 | | 3,999.38 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,999.41 |
| 07/14/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 3,999.42 |
| 07/14/11 | | Transfer to Acct #*******7468 | Final Posting Transfer | 9999-000 | | 3,999.42 | 0.00 |

Page Subtotals 4,000.11 4,000.11

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 10-50431 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | RAHIC, MUHIDIN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7138 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3023 | | | |
| For Period Ending: | 05/02/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 4,000.11 | 4,000.11 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 3,999.42 | |
| | | | Subtotal | | 4,000.11 | 0.69 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 4,000.11 | 0.69 | |

| | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|

Ver: 16.06a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 10-50431 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | RAHIC, MUHIDIN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7468  BofA - Checking Account |
| Taxpayer ID No: | *******3023 | | | |
| For Period Ending: | 05/02/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/14/11 | | Transfer from Acct #*******7138 | Transfer In From MMA Account | 9999-000 | 3,999.42 | | 3,999.42 |
| 10/12/11 | 003001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL  60606 | Chapter 7 Compensation/Fees | 2100-000 | | 1,000.03 | 2,999.39 |
| 10/12/11 | 003002 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL  60606 | Chapter 7 Expenses | 2200-000 | | 30.76 | 2,968.63 |
| 10/12/11 | 003003 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, IL 60604 | ATTORNEY FOR TRUSTEE | 3210-000 | | 1,598.00 | 1,370.63 |
| * 10/12/11 | 003004 | ZENITH ACQUISITION CORP.<br>170 NORETHPOINTE PA<br>SUITE 300<br>AMHERST, NY 14228 | Claim 000001, Payment 16.47729% | 7100-003 | | 143.27 | 1,227.36 |
| 10/12/11 | 003005 | MIDLAND CREDIT MANAGEMENT, INC.<br>8875 AERO DRIVE, SUITE 200<br>SAN DIEGO, CA 92123 | Claim 000002, Payment 16.47763% | 7100-000 | | 231.43 | 995.93 |
| 10/12/11 | 003006 | CAPITAL ONE BANK<br>C/O PORTFOLIO RECOVERY ASSOCIATES, LLC<br>P.O. BOX 6492<br>CAROL STREAM, IL 60197-6492 | Claim 000003, Payment 16.47730% | 7100-000 | | 176.64 | 819.29 |
| 10/12/11 | 003007 | MIDLAND CREDIT MANAGEMENT, INC.<br>8875 AERO DRIVE, SUITE 200<br>SAN DIEGO, CA 92123 | Claim 000004, Payment 16.47734% | 7100-000 | | 173.05 | 646.24 |
| 10/12/11 | 003008 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES | Claim 000005, Payment 16.47741% | 7100-000 | | 133.79 | 512.45 |

Page Subtotals        3,999.42        3,486.97

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-50431 |
| Case Name: | RAHIC, MUHIDIN |
| Taxpayer ID No: | *******3023 |
| For Period Ending: | 05/02/12 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7468  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/12/11 | 003009 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Claim 000006, Payment 16.47728% | 7100-000 | | 123.40 | 389.05 |
| 10/12/11 | 003010 | CAPITAL RECOVERY IV LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 | Claim 000007, Payment 16.47720% | 7100-000 | | 240.90 | 148.15 |
| 10/12/11 | 003011 | CAPITAL RECOVERY IV LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 | Claim 000008, Payment 16.47704% | 7100-000 | | 148.15 | 0.00 |
| * 12/07/11 | 003004 | ZENITH ACQUISITION CORP.<br>170 NORETHPOINTE PA<br>SUITE 300<br>AMHERST, NY 14228 | Claim 000001, Payment 16.47729% | 7100-003 | | -143.27 | 143.27 |
| 12/07/11 | 003012 | ZENITH ACQUISITION CORP.<br>170 NORETHPOINTE PA<br>SUITE 300<br>AMHERST, NY 14228 | Claim 000001, Payment 16.47729% | 7100-000 | | 143.27 | 0.00 |

Page Subtotals        0.00        512.45

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-50431 |
| Case Name: | RAHIC, MUHIDIN |
| Taxpayer ID No: | *******3023 |
| For Period Ending: | 05/02/12 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7468 BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 3,999.42 | 3,999.42 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 3,999.42 | 0.00 | |
| | | | Subtotal | | 0.00 | 3,999.42 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 3,999.42 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********7138 | 4,000.11 | 0.69 | 0.00 |
| BofA - Checking Account - ********7468 | 0.00 | 3,999.42 | 0.00 |
| | ------------------ | ------------------ | ------------------ |
| | 4,000.11 | 4,000.11 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*